UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV2185 (DJS) |
| v. | : |  |
| JOHN J. ARMSTRONG, ET AL. | : | FEBRUARY 17, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES

The undersigned defendants answer the plaintiff's Amended Complaint dated May 12, 2003 as follows:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. It is admitted that defendant Armstrong was the Commissioner of the Connecticut Department of Correction ("DOC") at all times relevant to the plaintiff's complaint.

6. It is admitted that defendant Tokarz was a Deputy Commissioner for DOC at all times relevant to the plaintiff's complaint.

7. It is admitted that defendant Milling was a Correctional Major for DOC at all times relevant to the plaintiff's complaint.

8. It is admitted that defendant Levesque was, at times pertinent to the plaintiff's complaint, the Director of Population Management for DOC.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Admitted.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

**PRAYER FOR RELIEF:**    Denied in its entirety.

## **AFFIRMATIVE DEFENSES**

1. The plaintiff has failed to allege, and cannot prove, that any of the named defendants had personal involvement in the alleged constitutional deprivation.

2. The plaintiff failed to exhaust his administrative remedies prior to bringing suit as mandated by the Prison Litigation Reform Act.

3. At all times pertinent to this action, the defendants acted lawfully, appropriately and in an objectively reasonable manner, accordingly, the defendants are entitled to Qualified Immunity.

4. The plaintiff has failed to allege, and cannot prove, that he suffered a physical injury as a result of the defendants' actions as required by the Prison Litigation Reform Act.

5. The plaintiff has failed to state a claim upon which relief can be granted.


DEFENDANTS
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail:  matthew.beizer@po.state.ct.us
Tel:  (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of February, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____
Matthew B. Beizer
Assistant Attorney General