UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV2185 (DJS)(TPS) |
| v. | : |  |
| JOHN J. ARMSTRONG, ET AL. | : | APRIL 8, 2004 |

### MOTION FOR PROTECTIVE ORDER

Pursuant to F.R.C.P. 26(c), the undersigned defendants request that the Court issue a protective order protecting defendant Armstrong from having to respond to plaintiff's Interrogatories and Requests for Admission. In support thereof, the defendants submit as follows:

A.  On February 24, 2004 and March 9, 2004, the plaintiff, a pro se inmate incarcerated at Northern Correctional Institution, served defendant Armstrong with two sets of Interrogatories and one Request for Admissions.

B.  On February 24, 2004 and March 9, 2004, the plaintiff also directed a multitude of discovery requests to the other defendants in this case. All of those discovery requests have either been answered or are in the process of being answered.

C.  Since July of 2003, defendant Armstrong has been serving in Iraq at the request of the United States Government. Based on activity in several other cases pending before the United States District Court, the plaintiff has been made aware of defendant Armstrong's unavailability.

D.  Due to his service in Iraq, the undersigned has been unable to engage in any communication with defendant Armstrong concerning this case, or any other case.

E.  On information and belief, defendant Armstrong is scheduled to complete his service and return to Connecticut in June, 2004.

F.  Because the plaintiff is a pro se inmate, the undersigned has not conferred with the plaintiff concerning this motion.

**WHEREFORE**, the defendants request that the Court issue a protective order protecting defendant Armstrong from having to respond to plaintiff's discovery requests.

        DEFENDANTS
        John J. Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   /s/_____
      Matthew B. Beizer
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct16304
      E-Mail:  matthew.beizer@po.state.ct.us
      Tel:  (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of April, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

                                                                                                                   __/s/_____
                                                                                                                    Matthew B. Beizer
                                                                                                                    Assistant Attorney General