United State District Court
District of Connecticut

FILED
2004 JUL -9 P 4: 28
U.S. DISTRICT COURT
HARTFORD, CONN.

| Duane Ziemba | Civil Action No. 3:02 cv 2185 (DJS)(TPS) |
| vs. | |
| John Armstrong, et al. | July 4, 2004 |

## Motion To Compel Discovery

Pursuant to Rule 34(b) and 37(a), Fed.R.Civ.P., the plaintiff hereby respectfully moves this honorable Court for an order compelling defendant Milling to file responses (non--evasive ones) to admissions dated April 30, 2004.

Accompanying this motion is a memorandum of law in support, with a copy of the Request For Admissions, Responses thereto, and prior attempted informal resolution.

Wherefore, this honorable Court should grant an order compelling discovery.

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of July 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#2