<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2004 JUL -9 P 4:28
U.S. DISTRICT COURT
BRIDGEPORT CONN

Duane Ziemba | Civil Action No.
| 3:02 cv 2185 (DJS)(TPS)
vs. |
|
John Armstrong, et al. | July 4, 2004

<u>Memorandum Of Law In Support</u>
<u>Of Motion Compelling Discovery</u>

I. <u>Nature Of Lawsuit</u>

This is a lawsuit arising out of the defendants in retaliation denying the plaintiff adequate mental health medication and treatment.

II. <u>Facts</u>

The plaintiff served a Request For Admissions on defendant Milling dated April 30, 2004. Defendant Milling filed (intentional evasive) responses dated June 4, 2004. Please See Exhibit A.

3

The plaintiff attempted to informally resolve this matter by a letter dated June 10, 2004 to counsel for the defendants -- counsel has failed and refused to respond. See Exhibit B., the June 10, 2004 letter.

### III. Legal Argument

Fed. R. Civ. P. 37.(3), Evasive or Incomplete Disclosure, Answer, Or Response. For purposes of this subdivision an evasive or incomplete disclosure, answer, or response is to be treated as a failure to disclose, answer, or respond.

See Exhibit A. at interrogatory 18. States: "Admit that while the plaintiff was housed in Nevada at all times the CT. D.O.C. was still responsible for him." Defendant Milling filed an Objection claiming: "request is vague and ambiguous". This objection constitutes an evasive response and thereby a failure to respond. Because this request is very clear and not vague or ambiguous.

See Exhibit A. at interrogatory 29. States: "Admit that as the Major and Supervisory

4    #2

Official of the Interstate Compact you are/were responsible for overseeing the treatment of Connecticut inmates incarcerated out of State." Defendant Milling filed an objection claiming: "request is vague and ambiguous". This objection constitutes an evasive response and thereby a failure to respond. Because this request is very clear and not vague or ambiguous.

    See Exhibit A. at interrogatory 30. States: "Admit that the C.T. D.O.C. has a responsibility to provide the C.T. inmates incarcerated out of State with humane treatment." Defendant Milling filed an objection claiming: "request is vague and ambiguous". This objection constitutes an evasive response and thereby a failure to respond. Because this request is very clear and not vague or ambiguous.

    See Exhibit A. at interrogatory 32. States: "Admit that you did have the authority in 2002 to take action to have plaintiff provided adequate mental health treatment." Defendant Milling filed an objection

5             #3

claiming: "request is vague and ambiguous". This objection constitutes an evasive response and thereby a failure to respond. Because this request is very clear and not vague or ambiguous.

    See Exhibit A. at interrogatory 33. States: "Admit that you did have the obligation in 2002 to have the plaintiff provided adequate mental health treatment." Defendant Milling filed an objection claiming: "request is vague and ambiguous". This objection constitutes an evasive response and thereby a failure to respond. Because this request is very clear and is not vague or ambiguous.

    See Exhibit A. at interrogatory 37. States: "Admit that the Connecticut Department of Correction has the responsibility to take measures to ensure that the Connecticut inmates incarcerated out of state are being treated humanely". Defendant Milling filed an objection claiming: "request is vague and ambiguous". This objection constitutes an evasive response and thereby

6            #4

a failure to respond. Because this request is very clear and is not vague or ambiguous.

See Exhibit A. at interrogatory 38. States: "Admit that the Connecticut Department of Correction has the responsibility of taking measures to ensure that Connecticut inmates incarcerated out of state are treated within Constitutional guidelines". Defendant Milling filed an objection claiming: "request is vague and ambiguous". This objection constitutes a failure to respond, because this request is very clear and not vague or ambiguous.

Wherefore, for the foregoing reasons this honorable Court should order for defendant Milling to re-file responses to the Admissions No. 18, 29, 30, 32, 33, 37 and 38 --- which comply with the Fed. R. Civ. P., and that are not evasive and a failure to respond.

7                           # 5

Respectfully Submitted
The Plaintiff

*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of July 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba