UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV2185 (DJS)(TPS) |
| v. | : |  |
| JOHN J. ARMSTRONG, ET AL. | : | JULY 20, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants move for summary judgment on the following grounds:

   A.   The plaintiff cannot demonstrate the requisite personal involvement of the defendants in the alleged constitutional violation(s);

   B.   The plaintiff cannot demonstrate that the defendants were deliberately indifferent to his medical needs;

   C.   The defendants are entitled to qualified immunity.

In support thereof, the defendants submit a Memorandum of Law and the following:

   A.   Affidavit of Defendant, Lynn Milling;

   B.   Plaintiff's February 20, 2002 Letter and Defendant Milling's February 28, 2002 Letter;

   C.   Defendants' Local Rule 56(a)(2) Statement.

                                      DEFENDANTS
                                      John J. Armstrong, et al.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL


BY:      /s/_____
          Matthew B. Beizer
          Assistant Attorney General
          110 Sherman Street
          Hartford, CT  06105
          Federal Bar #ct16304
          E-Mail:  matthew.beizer@po.state.ct.us
          Tel:  (860) 808-5450
          Fax: (860) 808-5591


## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of July, 2004:

    Duane Ziemba #128963
    Northern Correctional Institution
    P.O. Box 665
    Somers, CT  06071


                                     /s/_____
                                     Matthew B. Beizer
                                     Assistant Attorney General