<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2004 AUG -4  A 9:24
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02cv2185 (DJS)(TPS) |
| vs. | |
| John Armstrong, et al. | July 27, 2004 |

<u>Plaintiff's Motion For Extension</u>
<u>Of Time To Oppose Defendants'</u>
<u>Motion For Summary Judgment</u>

   The plaintiff hereby moves this honorable court for a 30 day extension of time from the date the outstanding discovery is resolved, to thereby submit his motion in opposition to the defendants' motion for summary judgment, due to the following reasons:

   1. The defendants' have just recently filed a motion for summary judgment.

   2. There remains essential outstanding discovery which must be resolved prior to the plaintiff opposing the defendants' motion

for Summary judgment. Specifically, the plaintiff's motion to compel discovery is pending before this Court, and the defendants Armstrong and Tokarz have failed to date to file responses to interrogatories and request for admissions served on them.

3. Counsel for the defendants as the highly trained attorney he is, he knows that he had no legal right to file a motion for Summary judgment while there remains outstanding (essential) discovery — — which very intentionally has not been responded to.

Wherefore, a 30 day extension of time from the day of resolution of all outstanding discovery should be granted.

Respectfully Submitted
The Plaintiff

*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#2

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of July 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#3