<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED

2004 AUG 26  P 3: 51

U.S. DISTRICT COURT

| |
|---|
Duane Ziemba | Civil Action No.
 | 3:02 cv 2185 (DTS) (TPS)
Vs. |
 |
John Armstrong, et al. | August 20, 2004

<u>Motion To Compel Discovery</u>

Pursuant to Rule 34 (b) and 37(a), Fed.R.Civ.P., the plaintiff hereby moves for an order compelling defendant Tokarz to file responses to the interrogatories served on him dated February 24, 2004.

## I. Facts:

The plaintiff served interrogatories on defendant Tokarz dated February 24, 2004. Exhibit A. Defendant Tokarz, to date, has failed to file responses.        Therefore, plaintiff sent a letter to counsel attempting to informally resolve this matter, dated July 27, 2004 and Exhibit B. Counsel has failed and refused to respond.

16

Wherefore, this honorable Court should grant an order compelling said discovery.

Respectfully Submitted
Duane Ziemba / Duane Ziemba
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of August 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

17                    #2

# EXHIBIT A

18

Matthew B. Beizer                February 24, 2004
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Re: Ziemba V. Armstrong, No. 3:02 cv 2185 (DJS)(TPS)

Interrogatories Served On
Defendant Jack Tokarz

Pursuant to Rule 33 and 34, Fed.R.Civ.P., defendant Tokarz is directed to answer each of the following interrogatories in writing under oath and produce the requested documents, within 30 days.

1. State and explain in detail what were your official duties during the time of the incidents complained of in this lawsuit?

2. As described in the Amended Complaint, the plaintiff sent you the letter dated February 20, 2002. Please state in detail what action you took, if any in response to this letter. Produce any and all documents involving the action you took.

19

3. While the plaintiff was housed in Nevada, identify by full name and job title each person in the CT. D.O.C. chain of command who were responsible for resolving plaintiff's grievances and complaints?

4. Is it true and correct that you are the Supervisory Official over Lynn Milling and Fred Levesque at all relevant times to the claims in this lawsuit?

5. Is it true and correct that at all relevant times to the claims in this lawsuit, you were in fact responsible for overseeing the medical care of the CT. inmates incarcerated out of State?

6. Is it true and correct that at all relevant times to ~~the~~ when plaintiff was incarcerated in Nevada, he was subject to the jurisdiction of the CT. D.O.C.?

7. When the plaintiff was housed in Nevada, did you have the authority to take action to ensure he was provided adequate mental health care?

#2

8. While the plaintiff was housed in Nevada, was he still under the jurisdiction of the CT. D.O.C. ?

9. Were the Nevada prison officials acting as the CT. D.O.C.'s agent while plaintiff was housed in Nevada ?

10. While the plaintiff was housed in Nevada, is it true that the CT. D.O.C. as the "Sending State" was at all times responsible for how the plaintiff was being treated ?

Respectfully Submitted

Duane Ziemba

Duane Ziemba # 128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

#3

# EXHIBIT B

22

Matthew B. Beizer                    July 27, 2004
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Re: Ziemba V. Armstrong, No. 3:02 cv 2185 (DTS)(TPS)

Dear Attorney Beizer

The attached hereto Request For Admissions
Served on defendant Tokarz dated May 7,
2003 have not been responded to.
And the attached hereto Interrogatories Served
on defendant Tokarz dated February 24, 2004
have also not been responded to.
Please immediately have this defendant file
responses to this outstanding discovery.

Sincerely, Duane Ziemba
Duane Ziemba            #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

29