United States District Court
District Of Connecticut

Duane Zienba | Civil Action No.
Vs. | 3:02 cv 2185 (DTS)(TPS)
John Armstrong, et al. |

FILED 2004 AUG 31 P 5:22

## Motion To Withdraw 2 Motions To Compel

The plaintiff respectfully moves to withdraw his 2 motions to compel discovery dated August 20, 2004, due to defendants Armstrong and Tokarz have just recently filed responses to the discovery.

Wherefore, withdrawal of both motions should be granted.

Respectfully Submitted
Duane Zienba / Duane Zienba
Northern C.I. Box 665
Somers, CT. 06071

Certification: I hereby certify that a copy of the foregoing was mailed to following this 30th day of August 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Zienba
Duane Zienba