# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02CV2185 (DJS)(TPS) |
| v. | : |  |
| JOHN J. ARMSTRONG, ET AL. | : | AUGUST 27, 2004 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S
## MOTION TO COMPEL DISCOVERY DATED AUGUST 20, 2004

Plaintiff asserts in his two motions to compel that defendant Armstrong and defendant Tokarz have not responded to interrogatories. On or about August 23, 2004, defendants Armstrong and Tokarz responded to plaintiff's interrogatories. Therefore, plaintiff's motion should be denied.

> DEFENDANTS
> John J. Armstrong, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____/s/_____
> Matthew B. Beizer
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Federal Bar #ct16304
> E-Mail:  matthew.beizer@po.state.ct.us
> Tel:  (860) 808-5450
> Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of August, 2004:

Duane Ziemba #128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____/s/_____
Matthew B. Beizer
Assistant Attorney General