<u>United States District Court</u>
<u>District Of Connecticut</u>

| | |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02 cv 2185 (DTS)(TPS) |
| vs. | |
| John J. Armstrong, et al. | August 31, 2004 |

<u>Plaintiff's Motion In Opposition To</u>
<u>Defendants' Motion For Summary Judgment</u>

   The plaintiff hereby respectfully opposes the defendants' motion for summary judgment. The defendants' motion is patently frivolous and as a matter of law must be denied.
Accompanying this motion in support is a Memorandum of law, Local Rule 56(a)2 Statement, affidavits, and other documentary evidence.

   Since there are very clear genuine issues of material facts in dispute -- the defendants are not entitled to judgment as a matter of law. Live testimony at the trial of this case must be heard and credibility must be

determined in order to arrive at a fair result.

   Wherefore, the plaintiff submits to the wisdom of this honorable court that as a matter of law the defendants' motion should forthwith be denied and the trial of this case should ensue.

        Respectfully Submitted
        The Plaintiff
        *Duane Ziemba*
        Duane Ziemba #128963
        Northern C.I.
        P.O. Box 665
        Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of September 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

# 3