## United States District Court
## District Of Connecticut

2004 ... 14  P 2:57

| |
|---|---|
| Duane Ziemba | Civil Action No. |
| | 3:02 CV 2185 (DTS)(TPS) |
| VS. | |
| | |
| John J. Armstrong, et al. | August 31, 2004 |

## Plaintiff's Rule 56(e) Affidavit

I, Duane Ziemba, hereby under oath declare:

1. January 20, 2000, I was transferred to the Nevada Department of Corrections, by the Connecticut Department of Corrections pursuant to the Interstate Corrections Compact. At all times while I was housed in Nevada I was serving my Connecticut Sentence.

2. My confinement in Nevada was on behalf of the sending state — Connecticut. See Exhibit A., the Interstate Corrections Compact which states this fact.

3. Nevada as the receiving state acted at all

times solely as agent for the Sending State – Connecticut and the defendants named in this lawsuit. Exhibit A.

4. While I was housed in Nevada, at all times I was subject to the jurisdiction of the Sending State – Connecticut and the defendants named in this lawsuit. Exhibit A.

5. The Nevada Officials acted solely as agents of the Sending State of Connecticut and no final determination could be made in any matter with respect to me, except by the appropriate Officials of the Sending State of Connecticut. Exhibit A.

6. Any decision of the Sending State of Connecticut in respect of any matter over which it retained jurisdiction over me, pursuant to the Interstate Corrections Compact, was conclusive and not reviewable within the receiving State of Nevada. Exhibit A.

7. In Nevada in April 2001, I was diagnosed as suffering from "Panic Disorder" and was being treated with the mental health

#2

medication "Paxil". I was provided with the Paxil medication from April 2001 until March 19, 2002.

8. In Nevada, I was being subjected to horrific mental health treatment. By being totally denied adequate mental health treatment, medication, crisis intervention, and needed therapy.

9. Defendant Milling sent to me in Nevada a letter dated November 23, 2001, which informed me of the list of the Connecticut prison officials in the chain of command responsible for addressing and resolving my grievances and complaints. This list is: Defendants Milling, Levesque, Tokarz and Armstrong.

10. In Nevada, directly because I was being subjected to horrific mental health treatment, and due to I was seriously in need of adequate mental health treatment, I wrote and I sent a letter dated February 20, 2002 to each one of the responsible defendants: Armstrong, Tokarz, Milling and Leveque. In this letter I

Stated to each one of these defendants, in part, the following facts:

(1) "Dear Commissioner Armstrong, a copy of this letter has been mailed to your above agents. Respectfully I am requesting for you and your above agents to immediately take action with respect to the following":

(2) "Before you transfer me back to the CT. D.O.C. as ordered by the Court, I need medical treatment for the following serious medical conditions":

(4) "Additionally I have mental health serious matters which I must receive treatment for, before being transferred back to CT."

(5) "Please do not place me in transport until I receive medical treatment here at Ely State Prison, for the foregoing serious conditions".

(6) "I am under your custody and care, please take immediate action to ensure that I am not transferred anywhere until first receiving the foregoing treatment".

(8) "Moreover, I am under your custody and care, you are liable with respect to the foregoing. Please take immediate action to ensure that I am not placed in transport until I receive the medical treatment and

# 4

until I recover." Exhibit C.

11. Defendants Tokarz and Levesque failed to respond to my February 20, 2002 letter, and they took absolutely no action to have their Nevada agents provide me the needed mental health treatment.

12. Defendants Armstrong and Milling responded to my February 20, 2002 letter, by their letters to me dated February 28, 2002. See Exhibit D.   They both acted with deliberate indifference to my serious mental health condition, by totally ignoring that I needed mental health treatment. They both took absolutely no action to have their Nevada agents provide me the needed mental health treatment. Please see Exhibit D., their letters to me which totally fail to address that I pleaded to them for the needed mental health treatment.

13. In Nevada before my transfer back to Connecticut, during my transfer back to Connecticut, I was totally denied adequate desperately needed mental health treatment.

#5

14. On March 19, 2002, in Nevada, my Paxil medication was unjustly suddenly stopped and it was completely denied to me during my entire transfer back to the Connecticut Department of Correction. I was actively in transport back to Connecticut from March 19, 2002 until March 28, 2002. During this entire time I was completely denied the Paxil Medication. I suffered very serious withdrawals. Continuously I suffered from panic attacks, felt as I was truly having heart attacks, I struggled to breath, I profusely sweated, I suffered serious pain throughout my organisms.

15. My Paxil medication was unjustly mailed to my mother Pamela Ziemba, in Middletown CT. See Pamela Ziemba's Affidavit Exhibit F.

16. My fear of flying, increased the panic attacks, and my mental anguish. By airplane I was transported back to CT.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Signed Duane Ziemba

Duane (Ziemba)

Sworn and Subscribed before me on this 30th day of August 2004

CCS Bradway

Notary Public

**BRIAN BRADWAY**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES 01/31/2008**

#7

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of September 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

#8