**CONFIDENTIAL - FOR MEDICAL STAFF USE ONLY**

INSTITUTION

TO: _DR. KLOPFER_ _____ PHONE: _____ FAX: _____

ADDRESS: _____ DATE OF REQUEST: _____

APPOINTMENT DAY/DATE/TIME: _____ PREP _____

REFERRED BY: _____ INSTITUTION: _____

CONTACT NAME: _____ PHONE: _____ EXT. _____ FAX: _____

PAROLE DATE: _____ MANDATORY RELEASE DATE _____ DISCHARGE DATE _____

NDOP PRATICIONER

**PRIORITY:**    **Emergency** _____ I _____ II _____ III _____

PRESENTING PROBLEM/REASON FOR REFERRAL: _I/M C/o significant_
_Mental Health issues - known anxiety_
_Issues - Paxil recently ↑ to 40 mg. Q-D._

SIGNIFICANT MEDICAL-SURGICAL HISTORY--CHRONIC DISORDERS--MEDICATIONS:
_- See Samuelson for further Info_

ALLERGIES: _____

IS THIS MEDICAL PROBLEM POTENTIALLY LIFE THREATENING?  YES ( )  NO ( )
     IF YES, IN WHAT WAY? _____

DOES THIS CONDITION SIGNIFICANTLY AFFECT QUALITY OF LIFE?  YES ( )  NO ( )
     IF YES, IN WHAT WAY? _____

IF THE INMATE IS TO BE TRANSFERRED, PLEASE CHECK OFF WHICH INSTITUTION AND
THE NAME OF THE PERSON TO WHOM YOU SPOKE:

| INST. | PHONE# | FAX # | SPOKE TO: | INST. | PHONE # | FAX # | SPOKE TO: |
|-------|--------|-------|-----------|-------|---------|-------|-----------|
| NNCC-RMF | 887-9390 | 887-9288 | | SNCC | 486-3880 | 486-1901 | |
| NSP | 887-3499 | 887-3420 | | LCC | 688-1777 | 273-4299 | |
| WSCC | 684-3086 | 684-3051 | | ESP | 289-8800 | 289-3760 | |
| SDCC | 486-3888 | 879-3049 | | MED. ADMIN | 887-3392 | 887-3262 | |

MED. DIRECTOR

APPROVED (X)  DISAPPROVED ( )  BY: _S. Murphy  MP_  DATE _2/27/02_

REASON FOR DISAPPROVAL: _____

ADDITIONAL INFORMATION NEEDED: (Please attach to this form and return to Medical Director) _____
_____
_____
_____
_____

DISTRIBUTION:          PINK - MEDICAL DIRECTOR
               UPON COMPLETION:  WHITE - MEDICAL RECORD, CANARY - CONSULTANT

NEVADA DEPARTMENT OF PRISONS          NAME _ZIEMBA    DUANE_
                                              LAST      FIRST       MI
**CONSULTATION**                    DOP # _64026_  DOB _____
**REPORT**                          SS# _____

17                                  ETHNICITY _____  CUSTODY LEVEL _____

DOP 2517 (9/98)

# CONTINUING MEDICATION RECORD

MONTH FROM 4 TO 5   YEAR 2001

ALLERGIES: NCA

| ORIG. ORDER DATE | START DATE | STOP DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 4 25 | 26 27 | 28 29 | BP 5 1 | 2 3 | 4 5 | 6 7 | 8 9 | 10 11 | 12 13 | 14 15 | 16 17 | 18 19 | 20 21 | 22 | | |
| 4 24 01 | 4 25 01 | 5 12 01 | Paxil 10mg pc qAM x 280 given | AM | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | |
| 4 24 01 | 5 12 01 | 5 12 01 | Paxil 20mg pc qAM x300 Rx x2 | AM | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | |

| D/C = DISCONTINUED | MNA = MED. NOT AVAILABLE | SRO = SCRIPT RAN OUT | H = HELD |
|---|---|---|---|
| E = EXCUSED | NS = NO SHOW | O = SCRIPT WRITTEN | RF = REFUSED |

7B35          5-8-75

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| | | B Melcrahe HSI | Bm |
| | | Jacquesen | |
| | | M Niebesen | mN |

NEVADA DEPARTMENT OF PRISONS

## CONTINUING MEDICATION RECORD

NAME: LAST _____ FIRST _____ MI

Ziemba    Diane

DOP # 61076

DOP 2545  (6/97)

| CONTINUING MEDICATION RECORD | | | MONTH FROM _5_ TO _6_ YEAR_200 1_ ALLERGIES: _NKA_ | | |
|---|---|---|---|---|---|

**ALLERGIES:** NKA

| ORIG. ORDER DATE | START DATE | STOP DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE |
|---|---|---|---|---|---|
| 5 5 01 | 5 2 01 | 5 3 2 | Paxil 20mg PO QAM x30d RX2 | R | (marked across dates 23 24 25 26 27 28 29 30 31 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19) |
| Consent Verified | | | | | |
| Consent Verified | | | | | |
| Consent Verified | | | | | |
| Consent Verified | | | | | |
| Consent Verified | | | | | |

| D/C | = | DISCONTINUED | MNA | = | MED. NOT AVAILABLE | SRO | = | SCRIPT RAN OUT | H | = | HELD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E | = | EXCUSED | NS | = | NO SHOW | O | = | SCRIPT WRITTEN | RF | = | REFUSED |

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|

NEVADA DEPARTMENT OF PRISONS

**CONTINUING MEDICATION RECORD**

NAME: _Ziemba, Duane_
LAST    FIRST    MI

DOP # _64226_

19

# CONTINUING MEDICATION RECORD

MONTH FROM _6_ TO _7_ YEAR _200 1_

ALLERGIES: _NKA_

| ORIG. ORDER DATE | START DATE | STOP DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/2/01 | 5/2 | 5/2 | Paxil 20mg PO QAM x30d RX2 Consent Verified | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/3/01 | 7/4 | 7/4 | Renew Paxil 20mg PO QAM x30d RX X2 Consent Verified | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| D/C | = | DISCONTINUED | MNA | = | MED. NOT AVAILABLE | SRO | = | SCRIPT RAN OUT | H | = | HELD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E | = | EXCUSED | NS | = | NO SHOW | O | = | SCRIPT WRITTEN | RF | = | REFUSED |

7B35

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

NEVADA DEPARTMENT OF PRISONS

## CONTINUING MEDICATION RECORD

NAME: _Ziemba, Duane_
LAST    FIRST    MI

DOP # _64026_

DOP 2545  (6/97)

20

# CONTINUING MEDICATION RECORD

MONTH FROM 7 TO 8 YEAR 2001
ALLERGIES: NKA

| ORIG. ORDER DATE | START DATE | STOP DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 7/18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 8/1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 7/3/01 | 7/4/01 | 10/3 | Paxil 20mg po q AM x30D Rx2 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| D/C = | DISCONTINUED | MNA = | MED. NOT AVAILABLE | SRO = | SCRIPT RAN OUT | H = | HELD |
|---|---|---|---|---|---|---|---|
| E = | EXCUSED | NS = | NO SHOW | O = | SCRIPT WRITTEN | RF = | REFUSED |

7B35  7B5

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| | | M. Xleider RN | MX |
| | | Jacques RN | J |
| | | Swanson | |
| | | Bundren RN | JB |

NEVADA DEPARTMENT OF PRISONS

NAME: Zimba Duane
LAST   FIRST   MI

## CONTINUING MEDICATION RECORD

DOP # 64026

21

DOP 2545  (6/97)

# CONTINUING MEDICATION RECORD

MONTH FROM **8** TO **9** YEAR **2001**

ALLERGIES: **NKA**

| ORIG. ORDER DATE | START DATE | STOP DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE 8/15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 9/1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/3/0 | 7/4/0 | 10/3/0 | Paxil 20mg po q AM x30 days ⊕ Rx2 | Am | RF | RF | RF | RF | | | | | D/C'd 8-30-01 | | | | | | | | | | | | | | | | | | | | |

Consent Verified

**D/C =** DISCONTINUED   **MNA =** MED. NOT AVAILABLE   **SRO =** SCRIPT RAN OUT   **H =** HELD

**E =** EXCUSED   **NS =** NO SHOW   **O =** SCRIPT WRITTEN   **RF =** REFUSED

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| | | _Swonger_ | JS |
| | | L. Murray RN | LM |
| | | J. Justizen RN | JJ |
| | | M. HeeDer RN | MH |
| _(signature)_ | | _Marquesen_ | ? |

NEVADA DEPARTMENT OF PRISONS

NAME: **Zomba , Deone**
LAST      FIRST      MI

# CONTINUING MEDICATION RECORD

DOP # **64026**

22

# CONTINUING MEDICATION RECORD

MONTH FROM _10_ TO _11_  YEAR _01_

ALLERGIES: _NKA_

| ORIG. ORDER START STOP DATE DATE DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 1 2 3 4 |
|---|---|---|---|
| 10/8/01 10/8/01 Consent Verified | Paxil 10 mg PO qd x7d then | AM | →↗↗↗ 8 8 8 ↗↗↗↗ |
| 10/8/01 10/14/01 Consent Verified | Paxil 20 mg PO qd X 3Q D RX2 | AM | → 8 8 m m m n m m m m m m m m m m m m m m m m |
| Consent Verified | | | |
| Consent Verified | | | |
| Consent Verified | | | |

D/C = DISCONTINUED     MNA = MED. NOT AVAILABLE     SRO = SCRIPT RAN OUT     H = HELD
E = EXCUSED     NS = NO SHOW     O = SCRIPT WRITTEN     RF = REFUSED

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| William | M | | |
| M X... Dere | MN | Y Jacobs H | Y |
| Lonnie Memory RN | LM | Willeski RN | |

7A5

NEVADA DEPARTMENT OF PRISONS

NAME: _Zsimba Dunne_
        LAST    FIRST    MI

# CONTINUING MEDICATION RECORD

DOP # _64026_

# CONTINUING MEDICATION RECORD

MONTH FROM _11_ TO _12_ YEAR _500 1_

ALLERGIES: _NKA_

| ORIG. ORDER START STOP DATE DATE DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 1 2 |
|---|---|---|---|
| 10 10 1/1 8 16 8 01 01 02 Consent Verified | Paxil 20mg PD Q2 X30Q. TC RX2 | AM | (scribbled/marked out entries) |
| Consent Verified | | | |
| Consent Verified | | | |
| Consent Verified | | | |
| Consent Verified | | | |

D/C = DISCONTINUED     MNA = MED. NOT AVAILABLE     SRO = SCRIPT RAN OUT     H = HELD
E = EXCUSED     NS = NO SHOW     O = SCRIPT WRITTEN     RF = REFUSED

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| _Nell Ra_ | | _M Xuderer_ | Mi |
| | | _Jacquesen_ | |
| _Cross CRN_ | | _Trawson_ | |

NEVADA DEPARTMENT OF PRISONS

NAME: _Biemba, Duane_
LAST   FIRST   MI

# CONTINUING MEDICATION RECORD

DOP # _64026_

24

PAGE 1 OF 2

# CONTINUING
# MEDICATION RECORD

MONTH FROM 12/3 TO 12/30 YEAR 01

ALLERGIES: NKA

| ORIG. ORDER START STOP DATE DATE DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3 | 4 5 | 6 | 7 | 8 | 9 | 10 11 | 12 | 13 | 14 15 | 16 | 17 | 18 | 19 | 20 21 | 22 | 23 | 24 25 | 26 27 | 28 29 | 30 | | | | | | |
| 12 10 L 8 16 9 10 01 E2 Consent Verified | Paxil 20mg Po g Day X30 DOL RX2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| D/C = | DISCONTINUED | MNA = | MED. NOT AVAILABLE | SRO = | SCRIPT RAN OUT | H = | HELD |
|---|---|---|---|---|---|---|---|
| E = | EXCUSED | NS = | NO SHOW | O = | SCRIPT WRITTEN | RF = | REFUSED |

7B40

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| C. Merseres Crn | Crn | M. Chebier | MK |
| | | Marquis Rn | gg |
| Muir k m | m | | |

NEVADA DEPARTMENT OF PRISONS

# CONTINUING
# MEDICATION RECORD

NAME: Bremley, Duane
LAST    FIRST    MI

DOP # 64026

25

PAGE 1 OF 2

DOP 2545 (6/97)

# CONTINUING
# MEDICATION RECORD

MONTH FROM 12/2001 TO 1/2002 YEAR____

ALLERGIES: NKA

| ORIG. ORDER START. STOP DATE DATE DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE |||||||||||||||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12/31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 12/5/01 | Paxil 20mg PO QD x30d RX 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

D/C = DISCONTINUED    MNA = MED. NOT AVAILABLE    SRO = SCRIPT RAN OUT    H = HELD

E = EXCUSED    NS = NO SHOW    O = SCRIPT WRITTEN    RF = REFUSED

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| C.McClan RN | M | | S |
| | | M. Hieber RN | M |
| | | | |

NEVADA DEPARTMENT OF PRISONS

NAME: Zienba, Duane
LAST    FIRST    MI

# CONTINUING
# MEDICATION RECORD

DOP # 64026

26

PAGE 1 OF 2

# CONTINUING
# MEDICATION RECORD

MONTH FROM 1 TO 2   YEAR 2002

ALLERGIES: NKA

| ORIG. ORDER START STOP DATE DATE DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE |
|---|---|---|---|
| 1 8 4 02 02 02 | Paxil 20mg QD X30 days B×L2 | | 1/2 8/9 10/11 12/13 14/15 16/17 18/19 20/21 22/23 24/25 26/27 28/29 30/31 3/2 4 |
| Consent Verified 83 | | | |
| Consent Verified | | | |
| Consent Verified | | | |
| Consent Verified | | | |
| Consent Verified | | | |

D/C = DISCONTINUED    MNA = MED. NOT AVAILABLE    SRO = SCRIPT RAN OUT    H = HELD

E = EXCUSED    NS = NO SHOW    O = SCRIPT WRITTEN    RF = REFUSED

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| | | | 7BYD |
| | | | |

NEVADA DEPARTMENT OF PRISONS

# CONTINUING
# MEDICATION RECORD

NAME: Brenda Deane
LAST    FIRST    MI

DOP # 64106

27

## CONTINUING MEDICATION RECORD

MONTH FROM 2 TO 3  YEAR 2002

ALLERGIES: N, K, A,

| ORIG. ORDER START STOP DATE DATE DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 3 1 | 2 | 3 | 4 | |
| 1 1 4  02 02 02  Consent Verified | Paxil 20mg  q d X30  Rx 2 | AM MN | | | | | | | | | | | | | | | | | | | | | | | | | | Med 1 2-19-02 | | | | |
| 2 2 3  19 30 21  02 02 21  Consent Verified | Paxil 40 mg  PO qd X30  days | AM MN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| D/C = | DISCONTINUED | MNA = | MED. NOT AVAILABLE | SRO = | SCRIPT RAN OUT | H = | HELD |
|---|---|---|---|---|---|---|---|
| E = | EXCUSED | NS = | NO SHOW | O = | SCRIPT WRITTEN | RF = | REFUSED |

7B40

| SIGNATURE/TITLE | | INIT. | SIGNATURE/TITLE | | INIT. |
|---|---|---|---|---|---|
| | | M | M VerBarki MH | | |
| | | | Diacft | | S |
| | | | Jacquesen | | V |

NEVADA DEPARTMENT OF PRISONS

## CONTINUING MEDICATION RECORD

NAME: Ziemba, Duane
LAST        FIRST        MI

DOP # 64026

28

PAGE 1 OF 2

Original
w/maintenance

**CONTINUING
MEDICATION RECORD**

MONTH FROM 2 TO 3   YEAR 2002   COPY
ALLERGIES: N.K.A.

| ORIG. ORDER DATE | START DATE | STOP DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE 2 | | | | | | | | | | | | | | | | | | | | | | | | 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 1 | 2 | 3 | 4 |
| 1 1 4 1 8 8 020203 Consent Verified | | | Paxil 20mg g.d x30d Rx2 MN | AM | | | | | | | | | | | | | | | | | | | | | Med x 2-19-02 | | | | | | | |
| 2/19 02 Consent Verified | 3/9 02 | | Paxil 40mg PO gd X30 days | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consent Verified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

D/C = DISCONTINUED    MNA = MED. NOT AVAILABLE    SRO = SCRIPT RAN OUT    H = HELD
E = EXCUSED    NS = NO SHOW    O = SCRIPT WRITTEN    RF = REFUSED

7B40

| SIGNATURE/TITLE | | INIT. | SIGNATURE/TITLE | | INIT. |
|---|---|---|---|---|---|
| | Mcclines | M | | M. Neebeski MH | |
| | | | | Sharon | S |
| | | | | Jacquessen | J |

NEVADA DEPARTMENT OF PRISONS

NAME: Ziemba, Duane
LAST    FIRST    MI

**CONTINUING
MEDICATION RECORD**

DOP # 64026

29

# CONTINUING
# MEDICATION RECORD

**DOCUMENTATION OF OMITTED DOSES OF MEDICATION**

MONTH FROM 3 TO 4 YEAR 02

ALLERGIES: NKA

| ORIG. ORDER DATE | START DATE | STOP DATE | MEDICATIONS DOSE/ROUTE FREQUENCY | ADM. TIMES | DATE |
|---|---|---|---|---|---|
| 3/18 | 3/8 | 4/8 | Paxil 40 mg PO qd x 30d 400 | AM | 8P 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 1 2 3 4 |
| Consent Verified | | | | | |
| Consent Verified | | | | | |
| Consent Verified | | | | | |
| Consent Verified | | | | | |
| Consent Verified | | | | | |

D/C = DISCONTINUED    MNA = MED. NOT AVAILABLE    SRO = SCRIPT RAN OUT    H = HELD
E = EXCUSED    NS = NO SHOW    O = SCRIPT WRITTEN    RF = REFUSED

12A10

| SIGNATURE/TITLE | INIT. | SIGNATURE/TITLE | INIT. |
|---|---|---|---|
| | | J. Boughston RN | JB |
| | | R. Kempinen RN | |
| | | S.F.qr | SF |
| | | Cristina Palazuelos Sr | |

NEVADA DEPARTMENT OF CORRECTIONS

# CONTINUING
# MEDICATION RECORD

5A
NAME  Ziemba Duane
       LAST    FIRST   MI

DOC #  640296

PAGE 1 OF 2    DOC 2545 (REV. 7/01)

30

# EXHIBIT F

## AFFIDAVIT

I, PAMELA ZIEMBA, HAVING BEEN DULY SWORN,
DEPOSES AND STATE:

1. I AM OVER THE AGE OF 18 AND BELIEVE IN
   THE OBLIGATION OF THE OATH.

2. I AM THE PLAINTIFFS', DUANE ZIEMBAS' MOTHER, I
   RESIDE IN MIDDLETOWN, CT., AT ALL TIMES RELEVANT
   WAS A RESIDENT OF CT.

3. IN MARCH 2002, I RECEIVED AT MY HOME, VIA
   MAIL FROM NEVADA, MY SONS' MEDICATION PAXIL.
   THIS I HAVE RETAINED, TO DATE, AS EVIDENCE.

4. DURING THIS SAME TIME MY SON WAS BEING TRANS-
   FERRED BACK TO THE CT. D.O.C., FROM NEVADA,
   AND WHEN HE ARRIVED BACK, I QUESTIONED HIM
   ABOUT HIS PAXIL MEDICATION, THAT I RECEIVED
   THROUGH THE MAIL. IN RETURN, HE INFORMED ME
   THAT BEFORE HIS TRANSPORT BACK AND ALSO DURING
   HIS TRANSPORT BACK TO CT., THIS MEDICATION WAS
   TOTALLY DENIED HIM, AND HE SUFFERED SEVERELY
   DURING THE 3 WEEK TRANSPORT.

I HAVE READ THE FOREGOING AND IT IS TRUE AND CORRECT
TO THE BEST OF MY KNOWLEDGE AND BELIEF.

PAMELA ZIEMBA
274 PLAZA DRIVE
MIDDLE TOWN, CT. 06457

Pamela Ziemba  8-1-04
Pamela Ziemba  9-1-04

Subscribed and sworn to before me, a
Notary Public, in and for County of Middlesex
and State of Connecticut, this ___ day of
Sept. 2004

_Tina M. Kachinsky_ — for Pamela Ziemba
Notary Public

TINA M. KACHINSKY
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2006

# EXHIBIT G

HR005 REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**

## TRANSFER SUMMARY

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 128963 | 10/7/67 |

INMATE NAME (LAST, FIRST, INITIAL) _Lambert, Duane_

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B (W) H O | CCIC |

**Current Health Status**

| DATE | TIME AM/PM | MEDICAL | MENTAL | DENTAL |
|---|---|---|---|---|
| | | | | |

Allergies/Reactions: _____

Significant Medical History: _____

Current Conditions/Problems: _____

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Current Treatments: _____
Follow-up Care Needed: _____
Clinics: _____
Specialty Referrals or Appointments: _____
Last PPD Date: _____ , ____ mm induration   Last Chest X-Ray Date: ____ Results: ____
Anergy Panel Date: ____ Anergic: ☐ Yes ☐ No   Lab Tests Pending: ____ ☐ Ordered  ☐ Drawn
Physical Disabilities/Limitations: _____ Therapeutic Diet: ____
Assistive Devices / Prothetics: _____ Glasses/Contacts: ____ Dentures: ____
Mental Health Issues: ☐ Hx Suicide Attempt, Date ___/___/___ ☐ Hx Psych Med's ☐ Hx MH 4 or 5
Substance Abuse: ☐ Drugs ☐ Alcohol
☐ Tobacco       Signature/Title _____

---

## Transfer Reception Screening

Health Record Received: ☒ Complete/Partial ☐ Temporary ☐ None

| RECEIVING FACILITY | DATE | TIME |
|---|---|---|
| CCIC | 3/28/02 | 5:10 AM/(PM) |

S: Immediate Health Needs: _Currently not on any Medicat._

O: _____

A: _____ Weight 213 T 98.2 P 78 R 14 B/P 190/78

P: Disposition/Referral:

| | | |
|---|---|---|
| ☒ Health Information Given | ☒ Mental Health _Referral_ | ☒ General Population NBZ |
| ☒ Oral ☐ Written | ☒ MD | ☐ Emergency Referral to ____ |
| ☐ Language Barrier | ☐ Sick Call | ☐ Special Housing/Supplies ____ |
| ☐ Nurse | ☒ Medication Evaluation | ☐ Infirmary Placement |
| ☐ Sick Call ☐ Other | ☐ Therapeutic Diet | ☐ Medical ☐ Mental Health |
| ☐ HIV Contact Person | ☐ Work/Program Limitation | ☐ Respiratory Isolation |
| ☐ HIV Counselor | ☐ Specialty Referrals | ☐ Other ____ |
| ☐ Dental | ☐ Chronic Clinics | |
| | ☐ Other ____ | Signature/Title _____ |

33

HR501 REV. 5/94

**CONNECTICUT DEPARTMENT OF CORRECTION**

## REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 128963 | 10/7/67 |

INMATE NAME (LAST, FIRST, INITIAL)
Zimba, Danue

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 3/28/02 | Y (N) | JE Canucci | (M) F | B (W) H O | CCIC |

**DESCRIBE REASON FOR REQUEST/REFERRAL:**

Im states he was on Paxil 20mg QD, It was Stopped before he was transferred.

MH2

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| 4-1-02 | C. Davis, LCSW | 4-3-02 | C. Davis, LCSW |

**SERVICE PROVIDED/RESPONSE:**

9:57a   no answer   - CD
10:05a  not in this unit - CD
10:08a -  Called N3 again - not in unit despite Alpha + Rtgou. CD
10:11 a  MSE
        Clinical note
        NFS

**RESCHEDULE DATE:**   YES ☐   NO ☑

Cynthia Davis LCSW                    4/3/02

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE          DATE

34

# EXHIBIT H

35

*Level 3 resubmitted 6/28/02*

*Level 3 again resubmitted on 7/5/02*

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

*Filed Pursuant To Prison Litigation Reform Act.*

Inmate name: Diane Ziemba / April 24, 2002    Inmate no. 128963

Facility: Cheshire C.I.    Housing unit: 4-419    Date: 4/24/02

[X] Line grievance   [ ] Line emergency   [ ] Health grievance   [ ] Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   Armstrong/Milling did not act on my Correspondence. And Commissioner Armstrong refused to accept all my family member's phone calls. See Overwhelming evidence, Armstrong is liable with Milling

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

   Was recently 3/28 transferred back to CT. D.O.C. from Nevada. Was on Paxil medication for Severe panic attacks. As Soon as my transfer started I was totally denied medication and forced (Again) to fly on plane. Paxil medication just Stopped which inflicted Severe anxiety etc → again. Causing torture. My next of Kin family member received Paxil in mail → Shocking

3. **Action requested.** Describe what action you want taken to remedy the grievance.

   (1) Compensate me for the torture inflicted. (2) State full name of person who mailed (Unlawfully) Paxil to my family and why. (3) Commissioner Armstrong to stop his terrorism, fired, charged.

Inmate signature: Diane Ziemba

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no.                          T no.

Date received      Disposition      Date of disposition

Grievance issue

Reasons

Level-1 reviewer

36

## Inmate Grievance Form B, Levels 2 and 3

CN 9601B
7-1-98

Connecticut Department of Correction

*Filed Pursant To the Prison Litigation Reform Act.*

| Inmate name Duane Ziemba/ May 25,2002 | | Inmate no. 128963 |
|---|---|---|
| Facility Northern C.I. | Housing unit E1-206 | Date 5/25/02 |

☒ Line grievance ☐ Line emergency ☐ Health grievance ☐ Health emergency

| IGP no. | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal, I am appealing the Level-1 decision because Attached May 24/2002 **level** One grievance, Warden Rodriguez refused to act on WIthin time limit. See records this grievance is 100% justified

Inmate signature Duane Ziemba/ May 25,2002     Date 5/25/02

### FOR OFFICIAL USE ONLY: LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| Reasons | | |

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because The level 1/2 reviewers refuse to act on this grievance, And Armstrong refuses to act on it!

Inmate signature Duane Ziemba     Date 6/25/02

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| Reasons | | |

Level-3 reviewer

See facts of Armstrong failing to remedy wrong of his agents violation of Directive 9.6 Serious Misconduct.

*(left margin, rotated)* May 25, 2002 Submitted to Commissioner Armstrong for him to have his agents follow D.O.C Policy and act on this grievance.

*(right margin, rotated)* See facts of Warden Rodriguez failed to act on every grievance I filed.

37