UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUANE ZIEMBA

          v.

JOHN J. ARMSTRONG
JACK TOKARZ
LYNN MILLING
FRED LEVESQUE

PRISONER
CIVIL NO. 3:02cv2185 (DJS)(TPS)

J U D G M E N T

This cause came on for consideration on defendants' motion for summary judgment before the Honorable Dominic J. Squatrito, United States District Judge.

The Court has considered the motion and all the related papers. On December 10, 2004, the Court filed its Ruling on Defendants' Motion for Summary Judgment granting the motion and directing the Clerk to close the case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 10th day of December, 2004.

                              KEVIN F. ROWE, Clerk

                              By /s/ Donna P. Thomas
                                  Donna P. Thomas
                                  Deputy Clerk

Entered on the Docket _____